# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LORRAINE S. HOFFMAN,           Case No.: 8:22-cv-02004-SDM-AAS

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The law firm of SHEPARD, SMITH, KOHLMYER & HAND, P.A., by and through Ernest H. Kohlmyer, III and Samuel S. Reda, hereby gives notice of their appearance on behalf of Defendant, Healthcare Revenue Recovery Group, LLC, and requests that copies of all motions, notices, other pleadings and correspondence filed or served in this cause be furnished to the undersigned. Ernest H. Kohlmyer, III and to Samuel S. Reda, while Ernest H. Kohlmyer, III continued to serve as lead counsel for Defendant.

Dated this **3rd day of October 2022.**

                                        */s/ Samuel S. Reda*
                                        Samuel S. Reda, Esq.
                                        Florida Bar No.: 0121650
                                        sreda@shepardfirm.com
                                        Ernest H. Kohlmyer, III, Esq., LL.M.

Florida Bar No.: 110108
skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare
Revenue Recovery Group, LLC*

*This space was left blank intentionally*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **October 3, 2022**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Alexander J. Taylor, Esquire of Sulaiman Law Group, Ltd. at *ataylor@sulaimanlaw.com (Attorneys for Plaintiff)*.

<u>*/s/ Samuel S. Reda*</u>
Samuel S. Reda, Esq.
Florida Bar No.: 0121650
sreda@shepardfirm.com
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*