UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-02004

LORRAINE S. HOFFMAN,

      Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Lorraine S. Hoffman, and Defendant, Healthcare Revenue Recovery Group, LLC ( "the Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow thirty (30) days to complete the settlement, during which time Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that

a joint stipulation to voluntary dismissal with Prejudice will be filed within thirty (30) days.

Dated this **13th day of January 2023.**

| | |
|---|---|
| _/s/ Alexander J. Taylor_ | _/s/ Ernest H. Kohlmyer, III_ |
| Alexander J. Taylor, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 1013947 | Florida Bar No. 110108 |
| ataylor@sulaimanlaw.com | Skohlmyer@shepardfirm.com |
| Sulaiman Law Group, Ltd | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 2500 S Highland Ave, Suite 200 | |
| Lombard, IL 60148 | 2300 Maitland Center Parkway, Suite 100 |
| Telephone: (630) 575-8181 | |
| _Attorneys for Plaintiff_ | Maitland, Florida 32751 |
| | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |
| | _Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC_ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **January 13, 2023**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Alexander J. Taylor, Esquire at ataylor@sulaimanlaw.com and Mohammed Badwan at mbadwan@sulaimanlaw.com _(Attorneys for Plaintiff)_.

_/s/ Ernest H. Kohlmyer, III_

2

Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*