UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-02004

LORRAINE S. HOFFMAN,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Lorraine S. Hoffman, and Defendant, Healthcare Revenue Recovery Group, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and would represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **6th day of April 2023.**

| | |
|---|---|
| /s/ Alexander J. Taylor | /s/ Ernest H. Kohlmyer, III |
| Alexander J. Taylor, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 1013947 | Florida Bar No. 110108 |
| ataylor@sulaimanlaw.com | Skohlmyer@shepardfirm.com |
| Sulaiman Law Group, Ltd | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 2500 S Highland Ave, Suite 200 | |

| | |
|---|---|
| Lombard, IL 60148<br>Telephone: (630) 575-8181<br>*Attorneys for Plaintiff* | 2300 Maitland Center Parkway, Suite 100<br>Maitland, Florida 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **April 6, 2023**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Alexander J. Taylor, Esquire at ataylor@sulaimanlaw.com and Mohammed Badwan at mbadwan@sulaimanlaw.com *(Attorneys for Plaintiff)*.

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No.: 110108
> SKohlmyer@shepardfirm.com
> service@shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, Florida 32751
> Phone: (407) 622-1772
> Fax: (407) 622-1884
> *Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*